# United States District Court

NORTHERN DISTRICT OF GEORGIA

**ORIGINAL**

UNITED STATES OF AMERICA
v.

CARIS E. AYALA

CRIMINAL COMPLAINT

CASE NUMBER: 1:12-MJ-1452

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 2 4 2012

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>October 23, 2012</u>, in <u>Fulton</u> County, in the Northern District of Georgia, the defendant did,

move and travel in interstate commerce between Georgia and Mexico to avoid prosecution for the crime of Cruelty to Child, which is a felony under the laws of the state of Georgia;

in violation of Title <u>18</u> United States Code, Section <u>1073</u>.

I further state that I am a(n) Special Agent with the FBI and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof.    (X) Yes  ( ) No

Signature of Complainant
Matthew Carman
Federal Bureau of Investigation

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

October 24, 2012          at     Atlanta, Georgia
Date                             City and State

Linda T. Walker
United States Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer
AUSA Jill E. Steinberg

# AFFIDAVIT

I, Matthew Carman, being duly sworn, depose and state the following:.

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since 2004. I am currently assigned to the Atlanta, Georgia office and work on the Violent Crimes/Major Offenders Squad, which has the responsibility of investigating unlawful flight to avoid prosecution.

2. The following is based upon information and belief, the source of that information and basis for that belief being information obtained from investigation conducted personally and for that conducted by other law enforcement agents.

3. On October 15, 2012, Sgt. Frank Trammer of the Sandy Springs Police Department, advised the affiant that on October 9, 2012, an arrest warrant was issued by the Fulton County Magistrate Court charging Caris E. Ayala with Cruelty To Child.

4. Through investigations conducted by the Sandy Springs Police Department and the Federal Bureau of Investigation it has been discovered that Caris Ayala has left Atlanta, Georgia and has traveled to Mexico based on the following facts:

    (a) During initial interviews with Caris Ayala she provided Sandy Springs with a fake Guatemalan Passport.

Case 1:12-mj-01452-LTW   Document 1   Filed 10/24/12   Page 3 of 5

(b) Caris Ayala was supposed to meet with Sandy Springs Police Department on October 9, 2012. She did not show up and subsequently her and her husband both dropped their cellular phones. Her husband is a Mexican Citizen.

(c) A pen register/trap and trace was obtained for Caris Ayala's Facebook account. On October 23, 2012 an individual logging on to Ayala's Facebook account from a location in Acapulco, Mexico.

5. The Sandy Springs Police Department will extradite Ayala from any jurisdiction in which she is apprehended.

6. Based on the foregoing, I submit there is probable cause to believe that Caris Ayala left Georgia and traveled to Mexico in violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.

SGT Trammel

## CRIMINAL WARRANT

Warrant No: EW-068587

**MAGISTRATE COURT OF FULTON COUNTY**
**GEORGIA, Fulton County**

### AFFIDAVIT FOR ARREST
(Ga. Code Ann. 17-4-45)

Personally came <u>Sandra Rose</u>, who on oath says that to the best of his/her knowledge and belief **Caris Ayala** (hereinafter called the accused) between <u>10/02/2012</u> at <u>7:00 AM</u> and <u>10/02/2012</u> at <u>8:00 AM</u>, at <u>5675 Roswell Rd. Apt. 53-A, Sandy Springs</u> in FULTON county aforesaid, did commit the offense of <u>CRUELTY TO CHILD.-PHYSICAL OR MENTAL PAIN - Felony, 16-5-70(b) FEL</u> in that <u>said accused did maliciously cause the victim, a child under the age of 18 ( age five months), cruel or excessive physical or mental pain by causing the child to receive abusive head trauma. The child is in Children"s Health Care of Atlanta (Scottish Rite) in critical condition.
The child received the injuries while in the care of the accused.</u> said and this deponent makes this affidavit that a warrant may issue for his/her arrest.

Sworn to and subscribed before me,

_____
Prosecutor/Affiant: Sandra Rose
Title:
Agency: Sandy Springs PD
Badge No.:0027
Phone No.: 770-551-6900 (w)
10/9/2012 9:01:13 AM

_____
Deputy Clerk/Judge J M Anderson
Title Judge
MAGISTRATE COURT OF FULTON COUNTY
10/9/2012 9:01:33 AM

### STATE WARRANT FOR ARREST
(Ga. Code Ann. 17-4-46)

To any Sheriff, Deputy Sheriff, Coroner, Constable, Police Officer, Law Enforcement Officer or Marshal of said State

**GREETING:**

For sufficient causes made known to the Deputy Clerk of this Court (as authorized by Acts 1922, p. 207), you are therefore commanded to arrest the body of the said accused named in the foregoing affidavit, charged with the offense of CRUELTY TO CHILD.-PHYSICAL OR MENTAL PAIN - Felony, 16-5-70(b) FEL: and bring him/her before me or some other judicial officer of this State, to be dealt with as the law directs, **HEREIN FAIL NOT.**

_____
JUDGE J M Anderson
Title Judge
MAGISTRATE COURT OF FULTON COUNTY
10/9/2012 9:01:33 AM

| WITNESSES FOR THE STATE | GEORGIA, Fulton County. | COURT OF FULTON COUNTY |
|---|---|---|
| Name:<br>Address:<br>Phone: | After hearing evidence the accused is<br>Discharged _____<br><br>This _____ ,20 _____ | No. EW-068587<br>CRIMINAL WARRANT<br>THE STATE<br>versus<br>Caris Ayala |

| RACE | D.O.B | SEX | HGT | WGT |
|---|---|---|---|---|
| H | 09/05/1985 | FEMALE | 5'4" | 140 |

ADDRESS: 5675 Roswell Rd. Apt. 53-A, Sandy Springs, GA, 30342

BUS.ADDRESS:

PHONE NUMBER: 678-237-9414

IN CUSTODY: NO

BOND $: OTHER-JUDGE SETS,

CHARGE: 16-5-70(b) FEL,
 CRUELTY TO CHILD.-PHYSICAL OR MENTAL PAIN - Felony

PROSECUTOR NAME & ADDRESS:
Sandra Rose
Agency:Sandy Springs PD
7840 Roswell Road, suite 301,
Sandy Springs, GA, 30350

PHONE NUMBER: 770-551-6900 (w)

ATTY/PROSECUTOR:

NAME/ADDRESS/PHONE

PROSECUTOR NOTIFIED BY:

DATE: ___/___/___

TIME: _____ AM/PM

Name:
Address:
Phone:

JUDGE, MAGISTRATE    COURT, FULTON

DISMISSED _____

Name:
Address:
Phone:

This _____ ,20 _____

JUDGE, MAGISTRATE    COURT, FULTON

•••••••••••••••••••••

**GEORGIA, FULTON COUNTY:**
After hearing evidence it is ordered that the accused give bond of OTHER-JUDGE SETS, $ dollars for his/her appearance at the STATE COURT /SUPERIOR COURT of said County now in session, to answer to the Charge of: CRUELTY TO CHILD. -PHYSICAL OR MENTAL PAIN - Felony, 16-5-70(b) FEL or in default that they be committed to jail
This is_____ day of _____,20____

NOTES:

HAIr | BLK
EYE | Bro

JUDGE, MAGISTRATE    COURT, FULTON

•••••••••••••••••••••••••••

**GEORGIA, FULTON COUNTY:**
*Executed the within warrant by arresting the defendant,*

**ARRESTING OFFICER(S)**

| CALENDAR DATE AND NUMBER | | | |
|---|---|---|---|
| | | | |
| | | | |

CASE NO.  2012-012902